UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| ERNEST POPE | ) | |
| | ) | |
| v. | ) | NO. 2:07-CV-02 |
| | ) | *Greer/Inman* |
| ROBERT WILLIAMS, *et al.* | ) | |

## **MEMORANDUM**

This is a state inmate's *pro se* civil rights suit under 42 U.S.C. § 1983 is before the Court upon the postal return of correspondence sent to plaintiff at the address he listed in the complaint as his current address. Plaintiff was forewarned that his failure to advise the Court within ten days of any change in his address, would lead to a dismissal of his lawsuit for failure to prosecute. Obviously, plaintiff's address has changed, but he has not notified the Court. [The face of the returned envelope is marked "paroled out."]

Therefore, this case will be **DISMISSED** by separate order for want of prosecution. *See* Rule 41(b) of the FEDERAL RULES OF CIVIL PROCEDURE.

**ENTER**:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE